# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN GASS,** | : | |
| Petitioner | : | CIVIL ACTION NO. 3:14-1738 |
| v. | : | (MANNION, D.J.)<br>(SCHWAB, M.J.) |
| **RICHARD C. SMITH,** | : | |
| Respondent | : | |

## O R D E R

In light of the memorandum issued in the above-captioned matter this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report and recommendation of Judge Schwab, **(Doc. 6)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the petitioner's petition for writ of habeas corpus is **DISMISSED,** without prejudice, for failure of the petitioner to establish exhaustion of state remedies; and

**(3)** the Clerk of Court is directed to **MARK THIS CASE CLOSED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Date: August 27, 2015
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1738-01-ORDER.wpd